**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| LAWRENCE HOLLIN, Derivatively on Behalf of AMERICAN AIRLINES GROUP INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT D. ISOM, JR., ADRIANE M. BROWN, JOHN T. CAHILL, MICHAEL J. EMBLER, MATTHEW J. HART, SUSAN D. KRONICK, MARTIN H. NESBITT, DENISE M. O'LEARY, VICENTE REYNAL, GREGORY D. SMITH, DOUG STEENLAND, DEVON E. MAY, DAVID E. SEYMOUR, and VASU S. RAJA,<br><br>Defendants,<br><br>and<br><br>AMERICAN AIRLINES GROUP INC.,<br><br>Nominal Defendant. | Civil Action No.: 4:24-cv-00895-O |
| GEORGE LEON, Derivatively on Behalf of AMERICAN AIRLINES GROUP INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT D. ISOM, JR., DEVON E. MAY, DAVID G. SEYMOUR, GANESH JAYARAM, COLE BROWN, VASU S. RAJA, ADRIANE M. BROWN, JOHN T. CAHILL, MICHAEL J. EMBLER, MATTHEW J. HART, SUSAN D. KRONICK, MARTIN H. NESBITT, DENISE M. O'LEARY, VICENTE REYNAL, GREGORY D. SMITH, and DOUG STEENLAND<br><br>Defendants, | Civil Action No.: 4:24-CV-00918-P |

and

AMERICAN AIRLINES GROUP INC.,

Nominal Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND TO APPOINT CO-LEAD COUNSEL**

Before the Court is the Unopposed Motion and Proposed Order to Consolidate Related Shareholder Derivative Actions and to Appoint Co-Lead Counsel (ECF No. 7), filed by Plaintiffs Lawrence Hollin and George Leon. Finding that Defendants do not object to consolidation, the Court **GRANTS** the Motion.

**IT IS ORDERED** that the above-captioned cases (the "Related Derivative Actions") are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a) according to the following terms:

1. To the extent they have not already been served, the Defendants waive service of the complaints in the Related Derivative Actions.

2. Within sixty (60) days of the date that the Court enters an order granting this unopposed Motion, the Parties intend to jointly submit a motion to stay the Consolidated Derivative Action pending resolution of *Qawasmi v. American Airlines Group Inc. et al* (4:24-cv-673-O) and *Thornburg v. American Airlines Group Inc. et al* (4:24-cv-823-O), related securities class actions pending in this Court, or otherwise propose a schedule for briefing Defendants' anticipated motion(s) to dismiss in the Consolidated Derivative Action. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Related Derivative Actions until the deadline set forth in the Court's order on the Parties' proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal under Master File No. 4:24-cv-00895-O.

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Hollin v. Isom et al* | 4:24-cv-00895-O | September 19, 2024 |
| *Leon v. Isom et al* | 4:24-cv-00918-P | September 26, 2024 |

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC.<br>STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 4:24-cv-00895-O<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Master File No. 4:24-cv-00895-O.

6. The following law firms are designated Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action:

**THE BROWN LAW FIRM, P.C.**
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Gina M. Serra
Herbert W. Mondros
1007 N. Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

7. Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Derivative Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs in the Consolidated Derivative Action.

8. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re American Airlines Group Inc. Stockholder Derivative Litigation*, Master File No. 4:24-cv-00895-O, is hereafter filed in this Court, removed

to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re American Airlines Group Inc. Stockholder Derivative Litigation*, Master File No. 4:24-cv-00895-O, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving American Airlines filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

10. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

11. This unopposed Motion is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions, including but not limited to arguments and defenses concerning jurisdiction and venue.

**SO ORDERED** this **25th day of November, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE