**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 4:24-cv-00895-O<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY THE CONSOLIDATED DERIVATIVE ACTION PENDING RESOLUTION OF THE RELATED SECURITIES CLASS ACTION**

Pending before the Court is the Defendants' Unopposed Motion to Stay the Consolidated Derivative Action Pending Resolution of Related Securities Class Action (the "Motion"). Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** as follows:

1. All proceedings in the above-captioned consolidated derivative action (the "Consolidated Derivative Action"), including all deadlines, hearings, and conferences, as well as any discovery, shall be stayed until the related securities class action, captioned *In re American Airlines Group Inc. Securities Litigation*, (4:24-cv-00673-O) (the "Related Securities Class Action"), is resolved. Notwithstanding the above, any of the Parties to the Consolidated Derivative Action may request that the Court lift the voluntary stay upon good cause shown by giving the other Parties at least ten (10) business days' written notice that they believe such good cause exists and thereafter bringing the matter to the Court's attention and requesting that the stay of the Consolidated Derivative Action be lifted. If contested, the Parties shall work together to propose a briefing schedule on the question of whether good cause exists to lift the stay.

2. The Consolidated Derivative Action is stayed without waiver of any claims, defenses or objections, including any objection to forum or venue, and including any claims that the claims were timely made in the Consolidated Derivative Action.

3. Upon the resolution of the Related Securities Class Action, then the Parties shall, within fifteen (15) days, meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly within said fifteen (15) days.

4. All deadlines, hearings, or conferences shall be postponed until the date and time that will be specified in any proposed scheduling order to be hereafter submitted by the Parties pursuant to the terms of this Motion, or as otherwise set by the Court. The Clerk shall administratively close this case.

**SO ORDERED** on this **28th day of January, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE