**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 4:24-cv-00895-O |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULES 41(a) AND 23.1

Plaintiffs Lawrence Hollin and George Leon ("Plaintiffs"), Defendants Robert D. Isom, Jr., Adriane M. Brown, John T. Cahill, Michael J. Embler, Matthew J. Hart, Susan D. Kronick, Martin H. Nesbitt, Denise M. O'Leary, Vicente Reynal, Gregory D. Smith, Doug Steenland, Devon E. May, David E. Seymour, and Vasu S. Raja (collectively, the "Individual Defendants"), and Nominal Defendant American Airlines Group Inc. ("American" or the "Company," together with the Individual Defendants, "Defendants," and, collectively with Plaintiffs, "the Parties"), jointly move for voluntary dismissal of this action, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1, as follows:

## RECITALS

WHEREAS, on July 18, 2024, a putative securities class action captioned *Qawasmi v. American Airlines Group Inc., et al.*, Case No. 4:24-cv-00673-O, was filed in this Court (the "Securities Class Action"), asserting claims under the Securities Exchange Act of 1934 (the "Exchange Act") against American, Robert D. Isom, Devon E. May, and Vasu S. Raja;[1]

---

[1] The initial securities class action filed on July 18, 2024 was subsequently consolidated with a second, substantially similar class action, captioned *Thornburg v. Am. Airlines Grp. Inc.*, No. 4:24-cv-00823-O, and assigned the caption *In re American Airlines Group Inc. Securities Litigation*, Master File No. 4:24-cv-00673-O.

WHEREAS, Plaintiff Lawrence Hollin filed a stockholder derivative complaint on September 9, 2024, captioned *Hollin v. Isom, et al.*, Case No. 4:24-cv-00895-O (the "*Hollin* Derivative Action"); and on September 26, 2024, Plaintiff George Leon filed a substantially similar stockholder derivative complaint captioned *Leon v. Isom, et al.*, Case No. 4:24-cv-00918-O (the "*Leon* Derivative Action");

WHEREAS, Plaintiffs filed their lawsuits derivatively on behalf of American, a nominal defendant, asserting claims against certain current and former directors and officers of the Company for alleged Exchange Act violations as well as alleged breaches of fiduciary duty and other related claims based on factual allegations that overlap substantially with the facts alleged in the Securities Class Action;

WHEREAS, on November 25, 2024, this Court consolidated the *Hollin* Derivative Action and the *Leon* Derivative Action (the "Consolidated Derivative Action" or "Action"), maintained under Master File No. 4:24-cv-00895-O;

WHEREAS, on January 27, 2025, in the interest of judicial efficiency and given the relationship to the Securities Class Action, Defendants filed an unopposed motion to stay the Consolidated Derivative Action pending resolution of the Securities Class Action, *see* ECF 17, which motion the Court approved on January 28, 2025, *see* ECF 18 (the "Stay Order");

WHEREAS, this Court dismissed the Securities Class Action, with prejudice, on November 15, 2025 and entered final judgment in Defendants' favor on November 18, 2025, *see* Securities Class Action, ECF 63 (the "Class Action Dismissal");

WHEREAS, plaintiffs in the Securities Class Action did not file a notice of appeal by December 18, 2025, and the deadline to seek any extension of time to appeal the Class Action Dismissal expired on January 20, 2026;

WHEREAS, the Stay Order directed that, upon resolution of the Securities Class Action, "the Parties shall, within fifteen (15) days, meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly within said fifteen (15) days";

WHEREAS, the Parties subsequently met and conferred and believe that voluntary dismissal of this Action without prejudice and with each side to bear its own costs and fees is appropriate in light of the Class Action Dismissal;

WHEREAS, the Parties respectfully submit that further notice of said voluntary dismissal is unnecessary to protect the interests of the Company's stockholders because: (i) the dismissal is without prejudice; (ii) there has been no settlement or compromise between the Parties or attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties, through their undersigned counsel, jointly move to dismiss this Action voluntarily pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), as follows:

1. This Consolidated Derivative Action is dismissed in its entirety, without prejudice;

2. Each side shall bear its own fees and expenses, including attorneys' fees; and

3. For the reasons noted above, further notice of this dismissal to American stockholders is not required.

**RESPECTFULLY SUBMITTED,**

This 5th day of February 2026,

*/s/ Saadia Hashmi*
**GRAVES LAW OFFICE, PLLC**
Curtis C. Graves
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: (972) 521-1153
Facsimile: (866) 770-6949
Email: curtis@cgraveslaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown
Saadia Hashmi
State Bar No. 24139546
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Gina M. Serra
Herbert W. Mondros
1007 N. Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Counsel for Plaintiffs*

*/s/ Dee J. Kelly, Jr.*
**KELLY HART & HALLMAN LLP**
Dee J. Kelly, Jr.
State Bar No. 11217250
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: dee.kelly@kellyhart.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan Engel (admitted *pro hac vice*)
Stephen P. Barry (admitted *pro hac vice*)
555 11th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com
Email: stephen.barry@lw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of February 2026, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.