**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LAWRENCE HOLLIN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-CV-00895-O** |
| | § | |
| **ROBERT D. ISOM, JR., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is the parties' Joint Motion for Voluntary Dismissal Without Prejudice Pursuant to Rules 41(a) and 23. (ECF No. 20) filed on February 5, 2026. The Court finds that the parties have resolved all claims in this matter, and the Motion is **GRANTED**. It is therefore **ORDERED** that all claims asserted in the above-captioned lawsuit are hereby **DISMISSED without prejudice**. It is further **ORDERED** that all costs of Court, attorneys' fees, and expenses incurred by the parties are assessed against the party incurring the same. It is further **ORDERED** that further notice of this dismissal to American stockholders is not required. This is a Final Judgment dismissing all claims and all causes of action against all parties. **SO ORDERED** on this **6th day** of **February 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE